IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,             CR No. 04-30044-AA

    Plaintiff,                        OPINION AND ORDER

    v.

DAVID JOHN CAMARATO,

    Defendant.

_____

AIKEN, Judge:

    Defendant, appearing *pro se*, requests that the court remove references to a firearms and related convictions contained in his Presentence Investigation Report, which resulted in a two-level enhancement of his sentencing offense level. Defendant's request is based on the apparent denial by the Bureau of Prisons (BOP) to award plaintiff good-time credit upon completion of the Residential Drug Abuse Program (RDAP).

    However, the statute of limitations for bringing a § 2255

1   - OPINION AND ORDER

motion to correct or modify his sentence has long passed, and defendant's motion would be a successive motion which is prohibited absent approval from the Ninth Circuit. See 28 U.S.C. § 2255(f) ("A 1-year period of limitation shall apply to a motion under this section."); see also id. §§ 2244(b)(3)(A).

Accordingly, defendant's petition for relief (doc. 39) is DENIED. IT IS SO ORDERED.

Dated this 28 day of August, 2011.

_____
Ann Aiken
United States District Judge

2   - OPINION AND ORDER